UST-31, 3/03

S. William Manera, Chapter 7 Trustee
P.O. Box 44350
Phoenix, AZ 85064
(602) 795-2796
(602) 795-2817 (fax)
swm-docs@swmanera.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| PER I DROPPING | ) | CASE NO. 09-30229-PHX RTB |
| PATRICIA A DROPPING | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| Debtor(s) | ) | IN THE AMOUNT LESS THAN $5.00 |
| | ) | TO THE CLERK OF THE U.S. B |
| _____ | | BANKRUPTCY COURT |

      S. William Manera, Trustee, reports that the following dividend(s) in amounts less than

$5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not

be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided

in "347" of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---:|---|---:|
| 15 | NACM Oregon<br>7931 NE Halsey St Ste 200<br>Portland, OR 97213 | $2.33 |
| 2 | Keller Supply Company<br>PO Box 34458<br>Seattle, WA 98124 | $1.38 |
| 4 | Statements<br>6140 6th Ave South<br>Seattle, WA 98108 | $1.52 |
| 5 | Blackstock Lumber<br>PO Box 9405<br>Seattle, WA 98109 | $1.17 |
| 6 | Contract Furnishing Mart<br>14920 Ave Ne 95th Street<br>Redmond, WA 98052 | $0.75 |
| 7 | Pacific Plumbing Supply<br>c/o FAX FUNCAN, ATTORNEY<br>1416 E THOMAS ST<br>SEATTLE, WA 98112 | $3.53 |

| | | |
|---|---|---|
| 9 | Associate Internists of Ahwatukee<br>4530 E. Muirwood Dr. Ste 105<br>Phoenix, AZ 85048 | $0.01 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $10.69 to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| <u>October 12, 2010</u><br>Date | <u>/s/ S. William Manera</u><br>S. William Manera |